**Date of Arrest: 07/07**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Fidel De Jesus PATINO-Jaimes AKA: None Known 209814249 YOB: 2000 Citizen of: Mexico Defendant | Magistrate Case No. 22-02123MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 07, 2022, Defendant Fidel De Jesus PATINO-Jaimes, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Luis, Arizona, on or about January 14, 2022. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by AUSA Tracy Van Buskirk for
AUSA Marcus Shand  *TVB*

*Louise Lacosse*
Signature of Complainant

Louise Lacosse
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____July 08, 2022_____ at   Yuma, Arizona
Date                                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Fidel De Jesus PATINO-Jaimes
AKA: None Known
209814249

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 07, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about April 29, 2020. The Defendant has been removed on six previous occasions. The Defendant was most recently removed on or about January 14, 2022, through the port of San Luis, Arizona, subsequent to a conviction in a Superior Court, State of Arizona, County of Yuma, on or about January 13, 2022, for the crime of Narcotic Drug Possession and Use, a felony.

Agents determined that on or about July 06, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Wilson Pietri Rodriguez, Aaron Hernandez-Arvizu, and Brent Velilla.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Aaron Hernandez-Arvizu.

_Louise Lacosse_
Signature of Complainant

Sworn to before me and subscribed telephonically,

July 08, 2022
Date

Signature of Judicial Officer